

# IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
## AT ANCHORAGE

EVELYN SANBORN,
_____
Plaintiff(s),

vs.

WAL – MART STORES, Inc.
_____
Defendant(s).

CASE NO. 3AN-12-07250CI

SUMMONS AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant: **WAL-MART STORES, INC.**

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney or plaintiff (if unrepresented) **Jeff Barber**, whose address is: **821 N Street, Suite 103 Anchorage, AK 99501**

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form _Notice of Change of Address / Telephone Number_ (TF-955), available at the clerk's office or on the court system's website at www.courts.alaska.gov/forms.htm, to inform the court. ¬ OR ¬ If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

## NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

☒ This case has been assigned to Superior Court Judge **Saxby**
and Master _____

☐ This case has been assigned to District Court Judge _____

CLERK OF COURT

5/15/12
_____
Date

By: _____
Deputy Clerk

I certify that on 5/15/12 a copy of this Summons was ☐ mailed ☒ given to
☐ plaintiff ☒ plaintiff's counsel along with a copy of the
☐ Domestic Relations Procedural Order ☐ Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk NM

* The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

CIV-100 ANCH (6/10)(st.3)
SUMMONS

**Exhibit** B

Civil Rules 4, 5, 12, 42(c), 55

**Page** 1 **of** 5 **Pages**

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT

EVELYN SANBORN, )
)
    Plaintiff, )
)
vs. )
)
WAL-MART STORES, INC. )
)
    Defendant. )
)
                             )

COPY
Original Received
MAY 1 5 2012
Clerk of the Trial Courts

Case No. 3AN-12 - 07250 CI

## COMPLAINT

COMES NOW the plaintiff, EVELYN SANBORN, by and through her attorneys, BARBER & BANKER, LLC, and for her complaint against defendant WAL-MART STORES, INC., does state and allege as follows:

    1.    That at all times material hereto, plaintiff was and is a resident of Anchorage, Alaska.

    2.    That at all times material hereto, defendant was and is a Delaware corporation doing business in Anchorage, Alaska.

    3.  The defendant is liable for the actions and/or failures to act of its employees under theories of vicarious liability and/or agency and/or respondeat superior.

:ber & Banker, LLC
TTORNEYS AT LAW
1 'N' Street, Suite 103
chorage, Alaska 99501
iphone (907) 276-5858
Fax (907) 276-5817

2900/01 Complaint
Sanborn v Wal-Mart Stores, Inc.
Page 1

Exhibit _B_
Page _2_ of _5_ Pages

4. The defendant owned and/or managed and/or occupied and/or controlled the parking lot located at 8801 Old Seward Hwy, Anchorage, Alaska.

5. The defendant was doing business as Sam's Club.

6. The plaintiff was a customer of defendant's business.

7. The defendant had a duty to use care and diligence to keep and maintain the parking lot at 8801 Old Seward Hwy in a condition that is reasonable safe for intended users and free from defects and conditions which would render it dangerous and unsafe for plaintiff and other users, or that present an unreasonable risk of harm to plaintiff in her lawful use of the premises.

8. On or about 1/19/12, the plaintiff was injured when she slipped and fell on an accumulation of ice which posed a hazardous condition that contributed as a substantial factor in legally causing injury to the plaintiff at defendant's premises identified as Sam's Club located at 8801 Old Seward Hwy., Anchorage, Alaska.

9. The defendant was responsible for the safety of patrons at the area where plaintiff was injured.

10. The defendant was the occupier and/or owner of the premises upon which plaintiff was injured and as such is liable for plaintiff's injuries resulting from unsafe conditions on its property.

rber & Banker, LLC
JTTORNEYS AT LAW
1 'N' Street, Suite 103
:horage, Alaska 99501
aphone (907) 276-5858
Fax (907) 276-5817

2900/01 Complaint
Sanborn v Wal-Mart Stores, Inc.
Page 2

Exhibit __B__

Page __3__ of __5__ Pages

11.    The defendant is liable for past and/or future: medical expense, pain, suffering, disability, loss of capacity for enjoyment of life, inconvenience, physical impairment, loss of earnings, disfigurement and other non-pecuniary damages to be more fully set forth at trial, all in an amount in excess of $100,000.00 (ONE HUNDRED THOUSAND DOLLARS), the exact amount to be set by the trier of fact.

12.    The defendant was negligent for failure to take steps to make sure that its parking lot was safe.

13.    The defendant is liable for negligent failure to warn of hazardous conditions.

14.    The defendant is liable for negligent training and/or supervision.

15.    The defendant has video surveillance cameras at its parking lot at 8801 Old Seward Hwy.

16.    The plaintiff reported her injury to defendant's representatives on 1/19/12.

17.    On information and belief, the defendant is responsible for deleting video surveillance footage that would have depicted the area where plaintiff fell and/or failure to properly maintain the area where plaintiff fell.

18.    The defendant is liable for spoliation of evidence.

19.    On information and belief, others have fallen and notified defendant of injury.

:ber & Banker, LLC
ITORNEYS AT LAW
I 'N' Street, Suite 103
:horage, Alaska 99501
iphone (907) 276-6858
Fax (907) 276-5817

2900/01 Complaint
Sanborn v Wal-Mart Stores, Inc.
Page 3

Exhibit ___*B*___
Page __*4*__ of _*5*_ Pages

20. The defendant's conduct evidenced reckless indifference to the interests of others and/or was outrageous.

21. The defendant is liable for punitive and/or exemplary damages.

WHEREFORE, having fully pled plaintiff's complaint, plaintiff requests a judgment against defendant for an amount in excess of $100,000.00 (ONE HUNDRED THOUSAND DOLLARS) to be established by the trier of fact, plus interest, costs and attorney fees and such other relief as the court deems just.

DATED at Anchorage, Alaska this _15_ day of May, 2012.

BARBER & BANKER, LLC
Attorneys for Plaintiff

By: _____
JEFF BARBER
AK Bar #0111058

·ber & Banker, LLC
ITORNEYS AT LAW
I 'N' Street, Suite 103
:horage, Alaska 99501
phone (907) 276-5858
Fax (907) 276-5817

2900/01 Complaint
Sanborn v Wal-Mart Stores, Inc.
Page 4

Exhibit _B_

Page _5_ of _5_ Pages